**George D. GATES, Petitioner–**
**Appellant,**

v.

**Patricia R. STANSBERRY, Warden;**
**United States Parole Commission,**
**Respondents–Appellees.**

No. 08–7110.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 29, 2008.

250

George D. Gates, Appellant Pro Se. Yiris E. Cornwall, Catherine DeRoever Wood, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George D. Gates appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Gates' 28 U.S.C. § 2241 (2000) petition, and its orders denying Gates' motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons state by the district court. *Gates v. Stansberry,* No. 1:07–cv–01212–LO–TCB, 2008 WL 2165998 (E.D.Va. May 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*